IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Case No. 01-1139 (AMC) |
| | Chapter 11 |
| W.R. GRACE & CO., et al., | |
| | (Jointly Administered) |
| Reorganized Debtors. | |
| | BAP 09-34 |
| ANDERSON MEMORIAL HOSPITAL, | |
| | C. A. No. 09-419 (RLB) |
| Appellant, | |
| v. | |
| W.R. GRACE & CO., et al., | |
| Appellees. | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Theodore J. Tacconelli, Esq. of Ferry Joseph, P.A., hereby withdraws his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned appeal.

PLEASE TAKE FURTHER NOTICE that John D. McLaughlin, Jr., Esq. of Ferry Joseph, P.A. hereby enters his appearance as Delaware counsel for Anderson Memorial Hospital in the above-captioned appeal. Please remove Theodore J. Tacconelli, Esq. from all service lists and from the CM/ECF notification system.

| | |
|---|---|
| FERRY JOSEPH, P.A. | FERRY JOSEPH, P.A. |
| /s/ Theodore J. Tacconelli | /s/John D. McLaughlin |
| Theodore J. Tacconelli (No. 2678) | John D. McLaughlin, Jr. (No. 4123) |
| 824 Market Street, Suite 1000 | 824 Market Street, Suite 1000 |
| Wilmington, DE 19801 | Wilmington, De 19801 |
| (302) 575-1555 | (302) 575-1555 |
| Counsel for Appellant | Counsel for Appellant |

Dated: January 24, 2021